UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2209(JMR/FLN)

Michael D. Maher )
)
v. ) ORDER TO SHOW CAUSE
)
Bank One Corporation )

The Court reviews this matter sua sponte. On November 14, 2001, defendant was served with a complaint to be filed in Hennepin County District Court seeking damages in excess of $50,000. On December 3, 2001, defendant filed a petition for removal to this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332.

The petition for removal asserts that the parties are citizens of different states, and that the plaintiff's claims seek damages in excess of $75,000. This Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court on or before January 25, 2001, whether the requirements of 28 U.S.C. § 1332 are satisfied.

Dated: December 22nd, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK DEC 27 2001
JUDGEMENT ENTERED
DEPUTY CLERK