UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael D. Maher,

Plaintiff,

vs.

Bank One Corporation,

Defendant.

Court File No.:0:01 CV 2209 JMR/FLN

**SEALING ORDER**

This matter comes before the Court upon Stipulation of the parties to seal Plaintiff's Motion to Amend his Complaint and any response thereto. Good cause appearing in the Stipulation of the parties,

**IT IS HEREBY ORDERED:**

1. The Clerk of Court is directed to seal Plaintiff's Motion to Amend and Defendant's Response, with no one other than the parties and their attorneys of record having access.

2. The above-referenced motion and responsive papers and documents shall be presented for filing with the Clerk of Court in a sealed envelope with the caption of this action and the words "Sealed by Order of the Court" accompanied by a copy of this Order.

Dated: April 11, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED APR 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1397259v1