UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2209 (JMR/SRN)

| | | |
|---|---|---|
| Michael D. Maher | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Bank One Corporation | ) | |

Plaintiff appeals the Order dated July 11, 2002, by the Honorable Susan R. Nelson, United States Magistrate Judge, denying the motion to amend his complaint. Plaintiff's appeal was timely, pursuant to Local Rule 72.1(b)(2).

A district court must set aside any portion of a magistrate's order found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636; Local Rule 72.1(b)(2). The Court has reviewed the record and proceedings below and finds no basis to justify setting aside the Magistrate's Order; the Order is neither clearly erroneous nor contrary to law.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

The Magistrate's July 11, 2002, Order [Docket #21] is affirmed.

Dated: September 20, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

30

FILED
RICHARD D. SLETTEN, CLERK
9-21-2
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS