UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael D. Maher,

Plaintiff,

vs.

Bank One Corporation,

Defendant.

---

Court File No.: 0:01 CV 2209
JMR/SRN

**PROPOSED ORDER**

Based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice and on the merits without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: November 17th, 2003

James M. Rosenbaum
Chief Judge of District Court

FILED NOV 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

1572049v1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael D. Maher,

Plaintiff,

vs.

Bank One Corporation,

Defendant.

Court File No.: 0:01 CV 2209 JMR/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** and agreed by the parties that the above-entitled action may be dismissed with prejudice and on the merits without costs to any party, and that a judgment of dismissal may be entered without further notice or hearing.

Dated: 10/11/03

Michael J. O'Rourke (#0082880)
5115 Excelsior Boulevard, Suite 438
Minneapolis, MN 55416
(612) 860-5022

**ATTORNEY FOR PLAINTIFF**

**BRIGGS AND MORGAN, P.A.**

Dated: 11/10/03

By: ______________________
R. Scott Davies (#21337)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400

**ATTORNEYS FOR DEFENDANT**

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.