AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Michael D. Maher

V.

Bank One Corporation

**JUDGMENT IN A CIVIL CASE**

Case Number: 01 CV 2209 JMR/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that the above-entitled action is dismissed with prejudice and on the merits without costs to any party.

November 17, 2003
Date

RICHARD D. SLETTEN, CLERK

Jackie Mehl
(By) Jackie Mehl, Deputy Clerk